DC (Rev. 03/05) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

1:06-M-76M

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

Fernando Gonzalez-Ramirez
Defendant

CASE NUMBER: 06-mj-01186

CHARGING DISTRICTS
CASE NUMBER: 1:06-m-76m

I understand that charges are pending in the ______ District of Rhode Island

alleging violation of 21 USC 841(a)(1) (Title and Section) and that I have been arrested in this district and

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

(2) **an identity hearing to determine whether I am the person named in the charges;**

(3) **a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and**

(4) **request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

( ✓ ) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.** I also reserve the right to have a detention hearing in Rhode Island.

x Fernando Gonzalez
*Defendant*

8/24/06
*Date*

[signature]
*Defense Counsel*

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA
V.
Fernando Gonzalez-Ramirez

COMMITMENT TO ANOTHER DISTRICT

1:06-M-76M

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 06-mj-01186 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☒ Complaint ☐ Other (specify)

**charging a violation of** 21 U.S.C. § 841(a)(1) and (b)(1)(A)

**DISTRICT OF OFFENSE** Rhode Island

**DESCRIPTION OF CHARGES:**

Conspire to distribute and possess c̄ intent to distribute 5 Kilograms or more of cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed at $ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8-24-06 — Date

Michael E Hegarty — Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-mj-01186

UNITED STATES OF AMERICA,

Plaintiff,

v.

FERNANDO GONZALEZ-RAMIREZ,

Defendant.

---

**ORDER OF DETENTION**

---

This matter was before the Court for a preliminary hearing, identification hearing, and detention hearing on August 24, 2006. Assistant United States James Boma represented the government and Matthew Golla represented the defendant. The defendant did not contest detention.

The Court has concluded, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably ensure the appearance of the defendant, and has found by clear and convincing evidence that no condition or combination of conditions for release will reasonably ensure the safety of the community, based on the attached findings.

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED and ENTERED this 25th day of August, 2006.

By the Court:

S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

United States v. Fernando Gonzalez-Ramirez
Case No. 06-mj-01186

FINDINGS OF FACT, CONCLUSIONS OF LAW, and
REASONS FOR ORDER OF DETENTION

In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably ensure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably ensure the safety of any other person or the community.

If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, or if the defendant is charged with a crime of violence, a rebuttable presumption arises that no condition or combination of conditions will reasonably ensure the appearance of the person as required and the safety of the community.

The Bail Reform Act, 18 U.S.C. § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably ensure the appearance of the defendant as required and the safety of any other person and the community:

(1) [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including –

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

The Court has taken judicial notice of the court's file and the pretrial services report. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First, the Indictment which has issued in this case charges defendant with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846: Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine. The rebuttable presumption of detention applies in this case.

Second, I note that in light of the Indictment in this case, probable cause exists to sustain the charge identified in the Indictment which has been issued against defendant.

Third, I find from the pretrial services report that, by a preponderance of the evidence, defendant presents a risk of flight because of the nature of the instant offense in which the defendant is alleged to have participated in a conspiracy to distribute more than 5 kilograms of cocaine; defendant has one failure to appear resulting in the issuance of a warrant; ICE has lodged a detainer against the defendant; defendant has a prior conviction for providing false identification to a peace officer; and defendant has one probation revocation.

Fourth, I find from the pretrial services report that, by clear and convincing evidence, the defendant presents a risk of danger because of the nature of the instant offense in which the defendant is alleged to have participated in a conspiracy to distribute more than 5 kilograms of cocaine; defendant has a history of arrests and convictions which include Possession and Sale of Controlled Substances, 3rd Degree Assault, Driving When Licence Under Restraint, and Harassment; defendant has two felony convictions; and defendant has one probation revocation.

As a result, after considering all of these factors, I conclude there is a preponderance of the evidence that no condition or combination of conditions for release will reasonably ensure the defendant's appearance for court proceedings. I further conclude that defendant is a danger to the public as established by clear and convincing evidence, and that there are no conditions under which I could release him and ensure the safety of the community.

TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:06-mj-01186-MEH-ALL

Case title: USA v. Gonzalez-Ramirez
Other court case number: 1:06-M-76M District of Rhode Island

Date Filed: 08/21/2006

---

Assigned to: Magistrate Judge Michael E. Hegarty

**Defendant**

**Fernando Gonzalez-Ramirez** (1)
*TERMINATED: 08/29/2006*
*also known as*
Fernando (1)
*TERMINATED: 08/29/2006*

represented by **Arthur S. Nieto**
Arthur S. Nieto, P.C.
1626 Washington Street
Denver, CO 80203
U.S.A
303-832-9476
Fax: 832-4515
Email: arthurnieto@qwest.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Golla**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
U.S.A
303-294-7002
Fax: 303-294-1192
Email: Matt_Golla@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA**

represented by **James R. Boma**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
U.S.A
303-454-0100
Fax: 303-454-0401
Email: james.boma@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2006 | 1 | RULE 5 AFFIDAVIT from the District of Rhode Island by USA as to Fernando Gonzalez-Ramirez (kltsl, ) (Entered: 08/21/2006) |
| 08/21/2006 | 2 | Sealed Document: Financial Affidavit. (sschrsl, ) (Entered: 08/22/2006) |
| 08/21/2006 | 4 | Minutes of Initial Appearance on Rule 5 Hearing held before Judge Michael E. Hegarty as to Fernando Gonzalez-Ramirez on 8/21/2006. Interpreter: Julia Davis Dft tenders fin aff; FPD appt'd. Gov't seeking detention. Detention/Prelim Hearing set for 8/24/2006 10:00 AM before Magistrate Judge Michael E. Hegarty. Dft remanded to custody of US Marshal. (Tape #FTR/CD--Tracey Lee.) (sschrsl, ) (Entered: 08/24/2006) |
| 08/23/2006 | 3 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla appearing for Fernando Gonzalez-Ramirez (Golla, Matthew) (Entered: 08/23/2006) |
| 08/24/2006 | 5 | Minutes of Prelim/Detention Hearing held before Magistrate Judge Michael E. Hegarty as to Fernando Gonzalez-Ramirez on 8/24/2006. Dft tenders waiver of ID hrg; reserves right to prelim/detention in charging district. Dft not contesting detention. Status Conference set for 9/8/2006 10:00 AM before Magistrate Judge Michael J. Watanabe. Dft remanded to custody of US Marshal.(Tape #FTR/CD--Tracey Lee.) (sschrsl, ) (Entered: 08/24/2006) |
| | | |

| | | |
|---|---|---|
| 08/24/2006 | 6 | WAIVER of Rule 5(c)(3) Hearing by Fernando Gonzalez-Ramirez (sschrsl, ) (Entered: 08/24/2006) |
| 08/24/2006 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Fernando Gonzalez-Ramirez. Defendant committed to District of Rhode Island. . Signed by Judge Michael E. Hegarty on 8/24/2006. (sschrsl, ) (Entered: 08/24/2006) |
| 08/24/2006 | 8 | Transfer Letter from S. Schroeder (sschrsl, ) (Entered: 08/24/2006) |
| 08/25/2006 | 9 | ORDER OF DETENTION as to Fernando Gonzalez-Ramirez . Signed by Judge Michael E. Hegarty on 8/25/2006. (sschrsl, ) (Entered: 08/25/2006) |
| 08/29/2006 | | MAGISTRATE CASE TERMINATED as to Fernando Gonzalez-Ramirez (tll, ) (Entered: 08/31/2006) |
| 08/31/2006 | 10 | MOTION to Vacate *Commitment Order* by Fernando Gonzalez-Ramirez. (Attachments: # 1)(Nieto, Arthur) (Entered: 08/31/2006) |
| 09/01/2006 | 11 | TEXT MINUTE ORDER ONLY - NO DOCUMENT ATTACHED re 10 MOTION to Vacate *Commitment Order* filed by Fernando Gonzalez-Ramirez: per Magistrate Judge Hegarty on 9/1/06, Mr. Nieto shall provide expedited additional briefing concerning the basis for this Court's authority to grant the relief requested. Government shall provide an expedited response to the supplemental briefing. All briefing should be completed by 9/8/06. (ms, ) (Entered: 09/01/2006) |
| 09/05/2006 | 12 | RESPONSE by USA as to Fernando Gonzalez-Ramirez re: [11] Order, (Boma, James) (Entered: 09/05/2006) |
| 09/05/2006 | 13 | Receipt for confirmation of rule 5, to the District of Rhode Island: as to Fernando Gonzalez-Ramirez (tll, ) (Entered: 09/06/2006) |
| 09/06/2006 | 14 | TEXT ENTRY ONLY MINUTE ORDER: The 10 MOTION to Vacate Commitment Order filed by Fernando Gonzalez-Ramirez, is DENIED AS MOOT per Magistrate Judge Michael E. Hegarty. (tll, ) (Entered: 09/07/2006) |
| 09/06/2006 | 15 | TEXT ENTRY ONLY SEE [14] FOR ORDER: finding as moot 10 Motion to Vacate as to Fernando Gonzalez-Ramirez (1) (tll, ) (Entered: 09/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2006 09:01:24 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-mj-01186-MEH |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |