IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 97 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A) |
| FERNANDO GONZALEZ-RAMIREZ | ) | & 846 & 18 U.S.C. §2 |
| | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From a time unknown up to and including on or about January 30, 2006, in the District of Rhode Island and elsewhere, the Defendant, FERNANDO GONZALEZ-RAMIREZ, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with others known and unknown to distribute and to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A);

All in violation of 21 U.S.C. § 846.

COUNT TWO

From on or about January 23, 2006 through on or about January 30, 2006, in the District of Rhode Island and elsewhere, the Defendant, FERNANDO GONZALEZ-RAMIREZ, did knowingly and intentionally aid and abet the distribution and possession with intent to distribute five kilograms or more of a mixture and

substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 9-13-06