ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant: Fernando Gonzalez-Ramirez

**Count 1**: 21 U.S.C. Section 846 - Knowingly, intentionally and wilfully combine, conspire, confederate & agree with others known and unknown to distribute and to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

PENALTIES: 10 years to life imprisonment; $4,000,000 fine; 5 years to life term supervised release; $100 mandatory special assessment.

**Count 2**: 21 U.S.C. Sections 841(a)(1) & (b)(1)(A) & 18 U.S.C. Section 2- Knowingly and intentionally aid and abet the distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

PENALTIES: 10 years to life imprisonment; $4,000,000 fine; 5 years to life term supervised release; $100 mandatory special assessment.