IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-097-01ML |
| | ) | |
| FERNANDO GONZALEZ-RAMIREZ | ) | |

**UNOPPOSED MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER**

**NOW** comes the Defendant, FERNANDO GONZALEZ-RAMIREZ, and moves that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial Motions in the within matter for an additional period of thirty (30) days. The government has no objection to this Motion. The reason for this request is counsel for the defendant requires time to review lengthy wiretap CD's containing reportedly thousands of transmissions and extensive supporting documentation. The defendant herein requires interpreter services and all meetings must be scheduled to make those available. Travel for said meetings is also necessary due to defendant's detention facility location.

Defendant avers that the interest of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days to review discovery, investigate and prepare any necessary motions. Such continuance

should therefore be excludable for speedy trial calculation. As a consequence of the foregoing request Counsel necessarily moves that the within matter be removed from the Trial Calendar call of January 2007, and that the Pretrial Scheduling Order entered November 29, 2006 be vacated at this time and that the matter be reassigned.

Respectfully submitted,
Defendant Fernando Gonzalez-Ramirez
By his attorney,

/S/ George J. West

______________________________

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 14th day of December 2006, I forwarded a copy of the within Motion to Mary Rogers, Esq., Assistant United States Attorney, U. S. Department of Justice, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/S/ George J. West

______________________________