**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-097ML** |
| | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **v.** | : | |
| | : | |
| | : | |
| **FERNANDO GONZALEZ-RAMIREZ** | : | |

**INFORMATION CHARGING PRIOR CONVICTIONS**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, FERNANDO GONZALEZ-RAMIREZ, who was charged by the United States Grand Jury in the District of Rhode Island on the 13th day of September, 2006, in Count One of the indictment with conspiracy to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1)&(b)(1)(A), and in Count Two of the Indictment with aiding and abetting the distribution and possession with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1)(A) and 18 U.S.C. §2, of having been previously convicted of a felony drug offense as described below:

1. On or about August 25, 1992, FERNANDO GONZALEZ-RAMIREZ, was convicted in California Superior Court (Santa Clara)(157164) of Possess/Purchase for Sale Narcotic/Controlled Substance (Felony), a felony drug offense under state law, and was sentenced to a term of 4 months incarceration, 3 years probation.

2. On or about June 14, 1993, FERNANDO GONZALEZ-RAMIREZ, was convicted in California Superior Court (Santa Clara)(163862) of Possess/Purchase for Sale Narcotic/Controlled Substance (Felony), a felony drug offense under state law, and was sentenced to a term of 3 years incarceration.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant FERNANDO GONZALEZ-RAMIREZ, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars and a term of imprisonment of not less than twenty years and not more than life imprisonment on Counts One or Two of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 6th day of February, 2007, I caused the within Information Charging Prior Convictions to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification and Hand-Delivery:

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, Rhode Island 02903-2215
(401) 861-9042

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov