UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 06-97ML :
FERNANDO GONZALEZ-RAMIREZ :

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 2-7-07
Signature of AUSA

Mary Rogers
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 2/2/07
Signature of Defense Attorney

George Jiwes
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

Fernando Gonzalez Ramirez Date: 2/2/07
Signature of Defendant

Fernando Gonzalez-Ramirez
Printed Name of Defendant