IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 06-7ML

FERNANDO GONZALEZ-RAMIREZ

Motion to Continue Trial

Now comes the defendant by and through his attorney and moves to continue the trial of the instant matter scheduled to commence on February 8, 2007 pending the resolution of Defendant's pending motion. Defendant relies on the reasons set forth in its motion and memorandum both filed this day under seal due to confidential health care information contained therein.

Defendant,
By his Attorney,

/s/ George J. West

George J. West, Esq. #3052
One Turks Head Place
Suite 312
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330
Email: Georgew180@aol.com

CERTIFICATE OF SERVICE

On January 30, 2007, I caused the within "Defendant's Motion to Continue Trial" to be filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:
MARY E. ROGERS Assistant U.S. Attorney
U.S.Attorney'sOffice
50 Kennedy Plaza, 8th
Providence, RI 02903
mary.rogers@usdoj.gov

/s/ George J. West

__________________________