AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Fernando Gonzalez-Ramirez

**EXHIBIT AND WITNESS LIST**

Case Number: CR 06-097ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Mary E. Rogers | George J. West |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Jury Trial – 2/8/07 2/9/07 2/12/07 | Karen Wischnowsky | John Duhamel |

| ~~PLF.~~ GOV NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | → | W-1 – PATRICK REILLY |
| 7 | | 2/8/07 | | ✓ | photo – California Liquors |
| | | | | → | W-2 DORYAN RAVE |
| 1a | | 2/8/07 | | ✓ | Digital recording – Spanish |
| 1 | | " | | ✓ | English transcript – translation |
| 2a | | " | | ✓ | Digital recording – Spanish |
| 2 | | " | | ✓ | English transcript – translation |
| 3a | | " | | ✓ | Digital recording – Spanish |
| 3 | | " | | ✓ | English Transcript – translation |
| 4a | | " | | ✓ | Digital recording – Spanish |
| 4 | | " | | ✓ | English transcript – translation |
| 5a | | " | | ✓ | Digital recording – Spanish |
| 5 | | " | | ✓ | English transcript – translation |
| 6a | | " | | ✓ | Digital recording – Spanish |
| 6 | | " | | ✓ | English transcript – translation |
| | | | | → | W-3 RAMONA MONTREUIL |
| 27A | | 2/8/07 | ✓ | 2/9/07 | sealed package – packaging + wrappings |
| 27B | | " | ✓ | 2/9/07 | sealed package – Cocaine |
| 27C | | " | ✓ | 2/9/07 | sealed package – cocaine |
| | A | " | ✓ | | Document RE: phone conversation record |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Gov't USA | vs. | Fernando Gonzalez-Ramirez | CASE NO. CR 06-097ML |
|---|---|---|---|

2/9/07

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-4 KARL JACOBSON |
| 8 | | 2/9/07 | | ✓ | photo - Volkswagen Jetta |
| 16 | | " | | ✓ | photo - outside bay door - Warehouse |
| 17 | | " | | ✓ | photo - inside bay at warehouse |
| 18 | | " | | ✓ | photo - door to back office at warehouse |
| 19 | | " | | ✓ | photo - 2 duffle bags |
| 20 | | " | | ✓ | photo - 2 duffle bags - open bag |
| 21 | | " | | ✓ | photo - duffle bag - Cocaine |
| 22 | | " | | ✓ | photo - duffle bag - Close up of Cocaine |
| 9 | | " | | ✓ | photo - Cocaine |
| 10 | | " | | ✓ | photo - Cocaine |
| 11 | | " | | ✓ | photo - Cocaine |
| 12 | | " | | ✓ | photo - Cocaine |
| 13 | | " | | ✓ | photo - Cocaine |
| 14 | | " | | ✓ | photo - Cocaine |
| 15 | | " | | ✓ | photo - Cocaine |
| 23 | | " | | ✓ | photo - heat sealer & bags |
| 24 | | " | | ✓ | photo - garbage bag with wrappers |
| 25 | | " | | ✓ | photo - kilo wrappers spread out |
| 26 | | " | | ✓ | photo - Close-up of kilo wrapper |
| | B | " | ✓ | ✓ | fingerprint report - 6/15/06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |