**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 06-97ML

FERNANDO GONZALEZ-RAMIREZ

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits:** **(re: Jury Trial, February, 2007)**

| | |
|---|---|
| **#27a:** | **Wrappings and packaging** |
| **#27b:** | **Cocaine - in sealed plastic bag** |
| **#27c:** | **Cocaine - in sealed plastic bag** |

Received by: ______________

Date: 2/12/07

______________
Deputy Clerk