UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 06-97ML

FERNANDO GONZALEZ-RAMIREZ

VERDICT FORM

1. As to Count One of the indictment (conspiracy to distribute and to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine), we, the jury, find the defendant, Fernando Gonzalez-Ramirez:

NOT GUILTY _____ GUILTY __✓__

*Please proceed to question 2.*

2. As to Count Two of the indictment (knowingly and intentionally aiding and abeting the distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine), we, the jury, find the defendant, Fernando Gonzalez-Ramirez:

NOT GUILTY _____ GUILTY __✓__

*Please sign and date this form and return your verdict.*

✓

Signature of Foreperson

2/12/2007
Date