**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 06-97ML

FERNANDO GONZALEZ-RAMIREZ

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits:** **(re: Jury Trial, February, 2007)**

**#27a:** **Wrappings and packaging**

**#27b:** **Cocaine - in sealed plastic bag**

**#27c:** **Cocaine - in sealed plastic bag**

Received by: ________________

Date: 2/12/07

________________
Deputy Clerk