UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-097ML

FERNANDO GONZALEZ-RAMIREZ

ORDER

Upon oral motion by the government at completion of jury trial in this matter, the Court GRANTS the government's motion to retain custody of the following trial exhibits:

**EXH # 27a packaging and wrappings**

**EXH # 27b sealed bag: cocaine**

**EXH # 27c sealed bag: cocaine**

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief U.S. District Judge

Date: **February 12, 2007**