IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) Cr. No. 06-97ML
)
FERNANDO GONZALEZ-RAMIREZ )

GOVERNMENT'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR NEW TRIAL

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for an enlargement of time to respond to the Defendant's Motion for New Trial. The Defendant has stated as grounds for his motion for new trial that the trial court erroneously failed to grant his motion for continuance filed on the eve of trial. The government has ordered the relevant portion of the transcript pertaining to the hearing on the Defendant's motion for new trial. However, a portion of that transcript was sealed. The government has filed a motion to unseal the portion of the transcript in order that the government may fully respond to the Defendant's claim that he is entitled to a new trial. The government therefore needs additional time for the motion to unseal to be considered, for the transcript to be prepared, and then additional time for the government to respond. The Defendant was convicted before this Court on February 12,

2007, and therefore, the Speedy Trial Act is not implicated in this request for a continuance. The government seeks an enlargement of time to and including March 16, 2007.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

**CERTIFICATE OF SERVICE**

On February 26, 2007, I caused the within "Government's Motion to Enlarge" to be filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

George J. West
One Turks Head Place, Suite 312
Providence, Rhode Island 02903-2215
(401) 861-9042

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov