IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Cr. No. 06-97ML |
| | ) | |
| FERNANDO GONZALEZ-RAMIREZ | ) | |

ORDER AUTHORIZING THE UNSEALING OF TRANSCRIPT

The government's motion having been made before this Court for an order authorizing the unsealing of the transcript dated February 8, 2007, in the above-captioned matter and full consideration having been given to the matters set forth, the Court finds:

A. The interest of justice requires that the sealed portion of the February 8, 2007 transcript be unsealed.

B. To protect the rights of all parties to a fair trial:

Each attorney to whom the above-listed transcript is disclosed shall utilize said transcript for the purpose of representing his/her client in the above-described criminal prosecution. Each attorney to whom the above-listed transcript is disclosed shall not disclose said transcript to anyone other than their respective client, language interpreters and/or experts that they may retain for the representation of this case, or those working under the direction of the attorney, unless and until further ordered by this Court. Each attorney is ordered to convey this Court's order to all individuals to whom he/she discloses the transcript in furtherance of the representation of

his/her client. All individuals, including the defendant, to whom this transcript is disclosed are also subject to the same limitations contained in this order, and shall not further disclose the transcript, unless and until further ordered by this Court.

Wherefore, it is hereby ordered that (subject to the restrictions set forth herein) the unsealing of the portion of the transcript in the above-captioned case dated February 8, 2007 is authorized.

DATE: March 26, 2007

Mary M. Lisi
MARY M. LISI
Chief Judge
United States District Court