IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 06-097-01ML
)
FERNANDO GONZALEZ-RAMIREZ )

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Fernando Gonzalez-Ramirez, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum. At this time counsel is seeking additional time to confer with his client relative to the presentence report. Counsel seeks additional time to prepare and file objections to said report after further consultation with his client. It is respectfully requested such period be enlarged fourteen (14) days to a time on or after May 16, 2007. Counsel seeks that the sentencing therefore be set for on or after May 25, 2007 for sentencing. Counsel similarly seeks that the sentencing hearing previously set be vacated.

Respectfully submitted,
Defendant Fernando Gonzalez-Ramirez
By his attorney,

/s/ George J. West

______________________________

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 2nd day of May 2007, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/s/George J. West