IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 06-097-01ML
)
FERNANDO GONZALEZ-RAMIREZ )

**OBJECTION TO THE § 851 ENHANCEMENT TO SENTENCE IN PRESENTENCE REPORT**

The defendant objects to the inclusion of 21 U.S.C. § 851 enhancement to his sentence at paragraph 46 of the presentence report. Defendant incorporates by reference the reasoning for this objection in his memorandum of law in support of the Motion to Dismiss the Section 851 Information filed together with said motion as document 51 in this action.

Respectfully submitted,
Defendant Fernando Gonzalez-Ramirez
By his attorney,

/s/ George J. West
______________________________

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 2nd day of May 2007, I forwarded a copy of the within Objection to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/s/George J. West