UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR NO. 1:06CR00097-01ML

FERNANDO GONZALEZ-RAMIREZ

NOTICE OF APPEAL

Notice is hereby given that the Defendant, Fernando Gonzalez-Ramirez, appeals to the United States Court of Appeals for the First Circuit from the Judgment and sentence imposed by the U.S. District Court for the District of Rhode Island entered on June 1, 2007.

/S/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

DATE: June 4, 2007

CERTIFICATION

I hereby certify that on this 4th day of June 2007, I forwarded a copy of the within Notice of Appeal to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/S/George J. West