UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

June 4, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

**CCA#** 07-1880

CR 06-097ML
USA v. Fernando Gonzalez-Ramirez

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. sealed documents (Doc. Nos. 45, 46, 47, 48, 49)**
**Sealed Court Exhibit 1 re: 2/8/07 jury trial proceedings**
**PSR (sealed)**
**Statement of Reasons (sealed)**
**Certified docket**