UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 14, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-097ML **CCA# 07-1880**
USA v. Fernando Gonzalez-Ramirez

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By_______________
John Duhamel
Deputy Clerk

Encl.: **Document # 62 (executed judgment)**
**Document # 63 (transcript [3 vols.] of jury trial)**
**Document # 64 (transcript of sentencing hearing)**
**Document # 65 (transcript excerpt -- under seal)**
**Document # 66 (transcript excerpt – under seal)**
**Certified docket**