UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 25, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-097ML **CCA# 07-1880**
USA v. Fernando Gonzalez-Ramirez

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By
John Duhamel
Deputy Clerk

Encl.:

**Document # 71 (transcript of Initial Appearance Hearing)**
**Document # 72 (transcript of Arraignment on Indictment)**
**Document # 73 (transcript of Detention Hearing)**
**Certified docket**